IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
PILAR ANN BEARE, )
)
      Debtor, )
)
_____ )
)
PILAR ANN BEARE, ) Case No. CIV-10-57-D
) (Bankruptcy No. 08-15480-WV)
      Appellant, ) (Chapter 7)
)
v. )
)
KEVIN M. COFFEY, Trustee, )
)
      Appellee. )

**O R D E R**

      This matter comes before the Court upon Appellant's Response to Show Cause Order [Doc. No. 5]. Appellant requests permission to make a late filing of her opening brief, which was due February 11, 2010, due to an unspecified docketing error by her counsel and his press of business. Appellant states that her request is unopposed and her brief is substantially ready to be filed. In the absence of any prejudice, lack of good faith, or inordinate delay, the Court finds that a late filing should be allowed. *See Pioneer Inv. Serv. Co. v. Brunswick Assoc. Ltd. P'ship*, 507 U.S. 380, 398 (1993). Therefore, Appellant's request will be granted.

      IT IS THEREFORE ORDERED that Appellant's opening brief shall be filed within seven days from the date of this Order.

      IT IS SO ORDERED this  14th  day of April, 2010.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE